**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MASHISO ASIAN GRILLE INC.**
**24954 Brookpark Road,**
**North Olmsted, Ohio 44070**

9590 9402 9648 5199 9541 08

2. Article Number (Transfer from service label)

9589 0710 5270 3562 5057 82

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Artmann_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name) _Antwan mitox_   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type   ☐ Priority Mail Express®
☐ Adult Signature   ☐ Registered Mail™
☐ Adult Signature Restricted Delivery   ☐ Registered Mail Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery   ☑ Signature Confirmation™
☐ Collect on Delivery   ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

1:26 cv 810

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**USPS TRACKING #**

CLEVELAND OH 440

9590 9402 9648 5199 9541 08

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**Northern District of Ohio**
**Attn: Clerk of Courts/Filing**
**Eastern Division**
**801 Superior Avenue**
**Cleveland, Ohio 44113**

Paul Rybak   CW